USCA1 Opinion

 

 January 10, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1344 JONATHAN R. MCNITT, Plaintiff - Appellant, v. BIC CORPORATION, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Paul J. Barbadoro, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Coffin and Campbell, Senior Circuit Judges. _____________________ _____________________ David J. KillKelley for appellant. ___________________ Chester A. Janiak, with whom C. Mark Furcolo and Burns & _________________ _______________ ________ Levinson were on brief for appellee. ________ ____________________ ____________________ TORRUELLA, Chief Judge. After a complete and careful TORRUELLA, Chief Judge. ____________ evaluation of the record in light of the positions raised in the parties' briefs and at oral argument, we affirm the district court's decision on substantially the same basis as that elucidated in the district court's opinion at 846 F. Supp. 1049 (D.N.H. 1994). Affirmed. ________